IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.   NO. 3:19-CR-65

DARRELL STEELE
LATROY DANIELS
GREGORY MOFFETT
MICHAEL WILLIE
DERRICK HOUSTON

## ORDER GRANTING CONTINUANCE

On January 25, 2021, Darrell Steele filed a motion to continue the March 1, 2021, trial date and related pretrial deadlines. Doc. #375. As grounds, the motion represents that a continuance is needed to allow Steele's counsel "adequate time to review and complete discovery in this matter so that he can adequately advise Mr. Steele regarding the charges, and to prepare a proper defense." *Id.* at 1. The motion further represents that the government does not object to the relief requested. *Id.* at 2.

Because the Court concludes that the ends of justice will be served by continuing trial to allow Steele adequate time to review discovery and prepare his defense, and that such ends outweigh the best interest of the public and Steele in a speedy trial, the motion to continue [375] is **GRANTED**.[1]

Trial is continued as to all defendants until **Monday, April 12, 2021**; the plea agreement deadline and the motions-in-limine deadline are both March 22, 2021; the dispositive motions deadline is March 15, 2021; and the non-dispositive motions deadline is March 8, 2021. The delay

---

[1] Because the time to respond to the motion has not yet expired, this ruling is subject to reconsideration to the extent the motion does not state whether it is opposed by Steele's codefendants.

from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to all defendants.[2]

**SO ORDERED**, this 29th day of January, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[2] No motion to sever has been filed much less granted in this case. *See* 18 U.S.C. § 3161(h)(6) (excluding from all computations relative to the Speedy Trial Act "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.").