IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:19-CR-65

LATROY DANIELS
GREGORY MOFFETT
MICHAEL WILLIE
DERRICK HOUSTON
DARRELL STEELE

### ORDER GRANTING CONTINUANCE

On November 29, 2021, Gregory Moffett filed a motion to continue the January 10, 2022, trial date and related pretrial deadlines. Doc. #411. As cause, Moffett represents that he is engaged in ongoing plea negotiations with the government but the negotiations "are progressing more slowly than usual because of the Justice Department's [required and] lengthy approval process" for plea agreements involving indictments with racketeering allegations. *Id*. at 1. Moffett also represents that "the government estimates that its case in chief will require some 150 witnesses, and may take as long as six weeks to complete;" and "continuing the trial date, and the pretrial deadlines would give the parties an opportunity to avoid a very lengthy, very costly trial." *Id*. at 1–2. According to Moffett, the government does not oppose his motion. *Id*. at 2.

The following day, Michael Willie joined Moffett's motion requesting the same relief for the same reasons as Moffett. Doc. # 412. Further representing that his counsel has a conflict with the trial date, Willie asks that trial be continued to a date after April 3, 2022.[1] *Id.* at 2.

---

[1] The cited conflict of Willie's counsel, who is a state senator, is that the 2022 regular session of the Mississippi Legislature convenes January 4, 2022, and adjourns April 3, 2022. Doc. #412 at 1. Willie submits that "to try a complex federal racketeering trial estimating to last *as long as* (6) weeks during any legislative session, especially during the upcoming 2022 Regular Session, is not in [his] best interest." *Id.* at 2.

Moffett's remaining codefendants—Latroy Daniels, Derrick Houston, and Darrell Steele—filed separate joinders on December 1, 2021. Daniels joined both Moffett's motion and Willie's motion. Doc. #413 at 1. Houston and Steele each joined only Moffett's motion. Doc. #414 at 1; Doc. #415 at 1. As further cause for a continuance, Steele represents that his counsel has a state court murder trial starting January 10, 2022. Doc. #415 at 1.

Based on the reasons stated in the motion and joinders, the Court concludes the ends of justice will be served by continuing trial to allow the defendants additional time to engage in any plea negotiations they wish and to seek Justice Department approval of any plea agreements reached. Because the Court further concludes such ends outweigh the best interest of the public and the defendants in a speedy trial, the motion to continue [411] and all joinders [412][413][414][415] are **GRANTED**.

Trial is continued to **Monday, June 6, 2022**; and the plea agreement deadline and motions-in-limine deadline are both May 2, 2022. The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 17th day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**